# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ismael Delgadillo-Vargas, | ) | Case No. 4:13-mj-145 |
| Defendant. | ) | |

Before the court is the Government's Motion for Leave to File Dismissal. The court **GRANTS** the Government's motion (Docket No. 6). The above-entitled action is dismissed and the order of detention pending trial is quashed. As there is a an "immigration hold" on defendant, he shall be detained until the United States Border Patrol can take custody of him.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court